**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YU WANG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A",<br><br>　　　　　　Defendants. | No. 26-cv-02087 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff Yu Wang ("Plaintiff") requests leave to file the following documents under seal: (1) Schedule A attached to the Complaint, which lists Defendant Internet Stores; (2) Exhibit 1 to the Complaint, containing Plaintiff's intellectual property registration; (3) Exhibit 2 to the Complaint, containing Plaintiff's product listing; and (4) Plaintiff's Motion for Temporary Restraining Order, Brief in Support of Motion and associated declaration and exhibits. In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement and false designation of origin.

Sealing this portion of the file is necessary to prevent Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the concealment or transfer of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

1

Dated: February 24, 2026

Respectfully submitted,

/s/ Junru Chen
Junru Chen (IL Bar No. 6344136)
Clovian Law, LLC
21 S Evergreen Ave., Ste. 200-129
Arlington Height, IL 60005
(312) 500-2995
junru.chen@clovianlaw.com

2