**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

YU WANG,

        Plaintiff,

        v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

        Defendants.

No. 26-cv-02087

Judge Joan H. Lefkow
Magistrate Judge Daniel P. McLaughlin

**PLAINTIFF'S MOTION FOR ELECTRONIC
<u>SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)</u>**

Plaintiff Yu Wang ("Plaintiff") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: February 25, 2026

Respectfully submitted,

<u>/s/ Junru Chen</u>
Junru Chen (IL Bar No. 6344136)
Clovian Law LLC
21 S Evergreen Ave., Ste. 200-129
Arlington Height, IL 60005
(312) 500-2995
junru.chen@clovianlaw.com