**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Yu Wang

                                             Plaintiff,

v.
                                             Case No.:
                                             1:26−cv−02087
                                             Honorable Joan H.
                                             Lefkow

The Partnerships and Unincorporated Associations
Identified in Schedule A

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 27, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion for leave to file under seal [7] is granted. Motion for expedited discovery [10] is granted. Motion for electronic service of process [11] is granted. Initial status hearing is set for 5/6/2026 at 9:30 a.m. in person in Courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.